■ EXTAZA 34, INC., Appellant-Respondent, v NSWD 34TH STREET ASSOCIATES et al., Respondents-Appellants, and

CHARLES RIZZO CO., INC., et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County (Martin Stecher, J.), entered on or about October 8, 1985, unanimously affirmed for the reasons stated by Martin Stecher, J., at Special Term, without costs and without disbursements. Concur—Ross, J. P., Carro, Asch, Kassal and Ellerin, JJ.